# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0298.  JOHN L. WARD v. PRE-ENGINEER SYSTEMS, et al.**

John L. Ward filed an application for discretionary appeal seeking review of the trial court's order reversing the award of the State Board of Workers' Compensation.  We denied the application on the merits, and Ward filed a motion for reconsideration.  We granted Ward's motion for reconsideration on August 8, 2013.

On September 3, 2013, Ward filed a "Motion to Vacate Order Dated August 8, 2013," in which he argues that due to a clerical error in this Court, he did not receive the order granting his application.  It appears that Ward is correct.  Therefore, Ward's motion is hereby *GRANTED*; this Court's prior order granting the application is *VACATED*; and the application is *GRANTED* and *REINSTATED*.  Ward shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*